```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 15083
  BONNIE BROWN
                                              CHAPTER 13

                                              JUDGE: MANUEL BARBOSA
            Debtor
  SSN XXX-XX-1654


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/20/07 and confirmed on 10/23/07.

   2.  The case was converted to Chapter 7 after confirmation, 07/16/2008.

   3.  The Debtor paid a total of $  3980.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| BANK ONE/JPM CHASE | SECURED | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6950.68 | .00 | 93.71 |
| BILL ME LATER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1217.85 | .00 | 16.42 |
| ECAST SETTLEMENT CORP | UNSECURED | 971.53 | .00 | 13.09 |
| B REAL LLC | UNSECURED | 3088.77 | .00 | 41.64 |
| B REAL LLC | UNSECURED | 8474.46 | .00 | 114.25 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4502.90 | .00 | 60.71 |
| COUNTRYSIDE CARE  CENTER | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 8937.70 | .00 | 120.50 |
| CHASE BANK USA | UNSECURED | 698.60 | .00 | 9.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1835.46 | .00 | 24.75 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1025.17 | .00 | 13.82 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 926.89 | .00 | 12.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1533.17 | .00 | 20.67 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 553.65 | .00 | 7.46 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7185.94 | .00 | 96.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 248.13 | .00 | 3.35 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 48150.90 | .00 | 48150.90 |
| PRINCIPAL PAID | .00 | .00 | 649.17 | .00 | 649.17 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 649.17 | .00 | 649.17 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00 and was paid $     400.00   direct and $    3100.00   through the plan.

The Trustee received $     230.83 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                             PAGE   2
        CASE NO. 07 B 15083 BONNIE BROWN